**BRODSKY & SMITH, LLC**
Evan J. Smith
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (610) 667-9029
esmith@brodskysmith.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ALLIA, On Behalf of Himself and All Others Similarly Situated, | Case No. 2:17-cv-05434-DSF-SS |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| MRV COMMUNICATIONS, INC., KENNETH TRAUB, ROBERT PONS, MARK J. BONNEY, JEANNIE H. DIEFENDERFER, BRIAN BELLINGER, JEFFREY TUDER, ADVA OPTICAL NETWORKING, ADVA NA HOLDINGS, INC., AND GOLDEN ACQUISITION CORPORATION, | |
| Defendants. | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice.  Defendants have filed neither an answer nor a motion for summary judgment in the Action.

//

//

//

1

1

2   Dated:  October 9, 2017                    **BRODSKY & SMITH, LLC**

3                                     By: _____

4                                          Evan J. Smith
                                            9595 Wilshire Boulevard, Suite 900
5                                          Beverly Hills, CA 90212
                                            Phone: (877) 534-2590
6                                          Facsimile: (610) 667-9029
                                            esmith@brodskysmith.com

7                                          *Attorneys for Plaintiff*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                   2

28  PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL